1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, Bar # VI766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   CARLOS FLORES-LOMELI
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )  No. CR-S-09-0404-MCE
                                 )
12               Plaintiff,      )
                                 )  STIPULATION AND ORDER TO CONTINUE
13      v.                       )  STATUS CONFERENCE
                                 )
14 CARLOS FLORES-LOMELI,         )
                                 )  Date: November 12, 2009
15               Defendant.      )  Time: 9:00 a.m.
                                 )  Judge: Hon. Morrison C. England
16 _____)

17      IT IS HEREBY STIPULATED between the parties, Michael Anderson,

18 Assistant United States Attorney, and Douglas J. Beevers, Assistant

19 Federal Defender, attorney for defendant CARLOS FLORES-LOMELI, that the

20 status conference of October 29, 2009 be vacated, and the matter be set

21 for status conference on November 12, 2009 at 9:00 a.m.

22      The grounds for the continuance is that defense counsel needs time

23 to investigate records which are in Archives in order to decide whether

24 to accept the plea offer. The parties agree a continuance is necessary

25 for this purpose, and agree to exclude time under the Speedy Trial Act

26 accordingly.

27      IT IS STIPULATED that the period from the signing of this Order,

28 up to and including November 12, 2009, be excluded in computing the

1  time within which trial must commence under the Speedy Trial Act,
2  pursuant to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for
3  ongoing preparation of counsel.
4  Dated: October 28, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
CAROS FLORES-LOMELI

12 Dated: October 28, 2009

LAWRENCE BROWN
United States Attorney

*/s/ Douglas Beevers for*
_____
By: Michael Anderson
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 29, 2009, be continued to November 12, 2009, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the November 12, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

 Dated: November 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                           -3-