```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS BEEVERS, Bar # VI766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    CARLOS FLORES-LOMELI
 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. 2:09-cr-00404-MCE
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND ORDER TO CONTINUE
13       v.                      )  STATUS CONFERENCE
                                 )
14  CARLOS FLORES-LOMELI,        )
                                 )  Date:  November 19, 2009
15              Defendant.       )  Time:  9:00 a.m.
                                 )  Judge: Hon. Morrison C. England
16  _____)
```

17       IT IS HEREBY STIPULATED between the parties, Michael Anderson,

18  Assistant United States Attorney, and Douglas J. Beevers, Assistant

19  Federal Defender, attorney for defendant CARLOS FLORES-LOMELI, that the

20  status conference of November 12, 2009 be vacated, and the matter be

21  set for status conference on November 19, 2009 at 9:00 a.m.

22       The grounds for the continuance is that defense counsel needs time

23  to investigate records which are in Archives in order to decide whether

24  to accept the plea offer. The parties agree a continuance is necessary

25  for this purpose, and agree to exclude time under the Speedy Trial Act

26  accordingly.

27       IT IS STIPULATED that the period from the signing of this Order,

28  up to and including November 19, 2009, be excluded in computing the

1  time within which trial must commence under the Speedy Trial Act,
2  pursuant to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for
3  ongoing preparation of counsel.
4  Dated: November 10, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
CAROS FLORES-LOMELI

12 Dated: October 28, 2009

LAWRENCE BROWN
United States Attorney

*/s/ Douglas Beevers for*
_____
By:  Michael Anderson
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 12, 2009, be continued to November 19, 2009, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the November 19, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: November 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE